# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

135546(32)(35)(37)

DAVID ROMAIN and JOANN ROMAIN,
      Plaintiffs-Appellees,

v

FRANKENMUTH MUTUAL INSURANCE
and IAQ MANAGEMENT, INC.,
      Defendant,
and

INSURANCE SERVICES CONSTRUCTION,
      Defendant-Appellant.
_____

SC: 135546
COA: 278591
Wayne CC: 05-512147-NO

      On order of the Chief Justice, motions by John A. Braden and the Michigan Manufacturers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED. The motion by the Michigan Association for Justice for extension of the time for filing their brief *amicus curiae* is GRANTED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

_____
Clerk